IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JOHN DOE (STEVEN M. HUFFER)**, | Civ. No. 6:25-cv-00110-AA |
| Plaintiff, | **OPINION & ORDER** |
| v. | |
| **CARMEN LEIGH KOSICEK; MAY ANN HUFFER (MANGUERRA); PROHEALTH CARE; UNIVERSAL HEALTH SERVICES** | |
| Defendants. | |

AIKEN, District Judge:

Plaintiff John Doe (Steven Huffer) sought leave to proceed *in forma pauperis* ("IFP") in this action. ECF No. 2. The Court granted Plaintiff's IFP application but dismissed the complaint with leave to amend. ECF No. 6.

The Court allowed thirty days to file an amended complaint and warned, "Failure to file an amended complaint within thirty days will result in dismissal of this case without further notice." *Id*. More than thirty days expired. No amended

Page 1 – OPINION & ORDER

complaint has been filed. Accordingly, the Court ORDERS this case DISMISSED. Judgment shall be entered accordingly.

It is so ORDERED and DATED this 6th day of August 2025.

_/s/Ann Aiken_

Ann Aiken
United States District Judge
